UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LUCIA ROMERO,

               Plaintiffs,

      v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

               Defendant.

Case No. C17-1603-JPD

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME

Based upon the unopposed motion of defendant, Dkt. 8, as well as the declaration of Franco L. Becia, Dkt. 9, it is hereby ORDERED that the motion is GRANTED. Accordingly, defendant's answer to plaintiff's complaint shall be due on or before March 15, 2018.

DATED this 13th day of February, 2018.

_James P. Donohue_

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1